UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-04101
§
RAFAEL GOMEZ §
MARY ANN GOMEZ §
§
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/06/2012. The undersigned trustee was appointed on 02/06/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $14,984.92

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $3,080.47 |
   | Bank service fees | $135.78 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $11,768.67 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 11/02/2012 and the deadline for filing government claims was 11/02/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,248.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,248.49, for a total compensation of $2,248.49[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/03/2014                    By:    /s/ David E. Grochocinski
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 12-04101-DC | Trustee Name: | David E. Grochocinski |
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Date Filed (f) or Converted (c): | 02/06/2012 (f) |
| For the Period Ending: | 2/3/2014 | §341(a) Meeting Date: | 04/10/2012 |
| | | Claims Bar Date: | 11/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home-Personal Residence 237 S Ahrens Court Lombard, IL 60148 | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | West Suburban Checking Account Lombard, IL | $120.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Checking Account Lombard, IL | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Two Couches, one desk, 6 chairs, 2 tables, 5 lamps, 4 televisions, 3 radios, 1 Dvd player, 4 beds, 1 rocking chair, 1 dresser, 4 chests of drawers, 1 mirror, 2 desktop computers, dishes, 1 microwave, 2 refridgerators, 1 deep freezer, washer and dryer, stove, 1 sewing maching, 1 vacuum cleaner, 1 iron, 1 camera, 1 lawn mower | $1,600.00 | $0.00 | | $0.00 | FA |
| 5 | Adventist HealthCare Retirement Plan Mary Ann Gomez | $1,873.24 | $0.00 | | $0.00 | FA |
| 6 | Edward Jones Mary Ann Gomez Account Number 211-95438-1-3 | $5,254.11 | $0.00 | | $0.00 | FA |
| 7 | Edward Jones IRA Rafael Gomez & Mary Ann Gomez Account 211-12539-1-6 | $6,477.89 | $0.00 | | $0.00 | FA |
| 8 | Anticipated 2011 Tax Refund | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | 1978 Chevy Camaro Mileage 160,000 This vehicle does not run, it needs $5,700 worth of work in order to be operable. He owns this with his brother. | $750.00 | $0.00 | | $0.00 | FA |
| 10 | 2005 Dodge Grand Caravan Mileage 87,000 | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2005 Pontiac Grand Prix 4D Sedan GTP Mileage 108,416 | $4,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2003 Kawasaki 800 Vulcan Mileage 20,000 | $1,400.00 | $0.00 | | $0.00 | FA |
| 13 | 1995 Kawasaki 1500 Vulcan Mileage 20,000 Motorcycle is not operable | $500.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit A

| Case No.: | 12-04101-DC | Trustee Name: | David E. Grochocinski |
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Date Filed (f) or Converted (c): | 02/06/2012 (f) |
| For the Period Ending: | 2/3/2014 | §341(a) Meeting Date: | 04/10/2012 |
| | | Claims Bar Date: | 11/02/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Disney Vacation Beach Club Time share value unknown Debtor listed in November 2011, with Fidelity Real Estate No sales, inquiry or offers to date 2966 Commerce Park Drive Orlando, FL 32819 1-800-579-1455 | $0.00 | $7,000.00 | | $9,500.00 | FA |
| 15 | Disney Vacations Saratoga Time share value unknown Debtor listed in November 2011 no sales, inquiries or offer with Fidelity Real Estate 2966 Commerce Park Drive Orlando, FL 32819 1-800-579-1455 | $0.00 | $9,000.00 | | $5,484.92 | FA |

**TOTALS (Excluding unknown value)**                                                                                           **Gross Value of Remaining Assets**
                              $275,775.24              $16,000.00                              $14,984.92                              $0.00

**Major Activities affecting case closing:**
Disney Vacation Club on market for sale; PLACED WTIH BROKER FOR SALE
Liquidation of Disney Vacation Time Shares.
Assets fully administered. Waiting for tax returns.
working on final report. est filing time is 4/30/14.

**Initial Projected Date Of Final Report (TFR):** 06/30/2014     **Current Projected Date Of Final Report (TFR):** 06/30/2014     /s/ DAVID E. GROCHOCINSKI
                                                                                                                    DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-04101-DC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***8058 | Account Title: | |
| For Period Beginning: | 2/6/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/3/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2013 | | FIRST AMERICAN TITLE INS CO | SALE OF DISNEY TIMESHARE | * | $6,391.03 | | $6,391.03 |
| | {14} | | $9,500.00 | 1110-000 | | | $6,391.03 |
| | | | fielity real estate agency $(950.00) | 3510-000 | | | $6,391.03 |
| | | | recordation fees $(37.00) | 2500-000 | | | $6,391.03 |
| | | | 2013 Association Dues & Late Fees $(2,121.97) | 2500-000 | | | $6,391.03 |
| 05/23/2013 | | FIRST AMERICAN TITLE INS CO | REFUND OF RECORDATION FEES | 2500-002 | | ($28.50) | $6,419.53 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.99 | $6,408.54 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.34 | $6,399.20 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.32 | $6,388.88 |
| 08/30/2013 | (15) | Disney Worldwide Services, Inc. | Sale of Disney Time Share Settlement statement contract #6004245.001 | 1110-000 | $5,484.92 | | $11,873.80 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.97 | $11,862.83 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.29 | $11,845.54 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.11 | $11,826.43 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.08 | $11,807.35 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.43 | $11,788.92 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.25 | $11,768.67 |

**SUBTOTALS** $11,875.95 $107.28

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2  Exhibit B

| Case No. | 12-04101-DC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***8058 | Account Title: | |
| For Period Beginning: | 2/6/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/3/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $11,875.95 | $107.28 | $11,768.67 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $11,875.95 | $107.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $11,875.95 | $107.28 | |

For the period of **2/6/2012** to **2/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,984.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,984.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,216.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,216.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/11/2013** to **2/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,984.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,984.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,216.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,216.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-04101-DC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***8058 | Account Title: | |
| For Period Beginning: | 2/6/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/3/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $11,875.95 | $107.28 | $11,768.67 |

**For the period of 2/6/2012 to 2/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,984.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,984.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,216.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,216.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/06/2012 to 2/3/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,984.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,984.92 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,216.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,216.25 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

| Case No.: | 12-04101-DC | | | | | | | Trustee Name: | | David E. Grochocinski | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | | | | | | | Date: | | 2/3/2014 | | |
| Claims Bar Date: | 11/02/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 01/30/2014 | Trustee Compensation | Allowed | 2100-000 | $3,690.00 | $2,248.49 | $2,248.49 | $0.00 | $0.00 | $0.00 | $2,248.49 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E Lake Cook Road Suite 560<br>Buffalo Grove IL 60089 | 01/29/2014 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,962.00 | $1,962.00 | $1,962.00 | $0.00 | $0.00 | $0.00 | $1,962.00 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 01/30/2014 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $220.14 | $220.14 | $220.14 | $0.00 | $0.00 | $0.00 | $220.14 |
| | INNOVALAW, PC<br>1900 Ravinia Palce<br>Orland Park IL 60462 | 01/30/2014 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,149.50 | $3,149.50 | $3,149.50 | $0.00 | $0.00 | $0.00 | $3,149.50 |
| 1 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 08/08/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $422.17 | $422.17 | $0.00 | $0.00 | $0.00 | $422.17 |
| 2 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | 08/08/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,978.12 | $4,978.12 | $0.00 | $0.00 | $0.00 | $4,978.12 |
| 3 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | 08/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $199.22 | $199.22 | $0.00 | $0.00 | $0.00 | $199.22 |

| Case No.: | 12-04101-DC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | | | Date: | 2/3/2014 |
| Claims Bar Date: | 11/02/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | MIDLAND FUNDING LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | 08/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $101.46 | $101.46 | $0.00 | $0.00 | $0.00 | $101.46 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 08/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,361.45 | $2,361.45 | $0.00 | $0.00 | $0.00 | $2,361.45 |

**Claim Notes:**    (5-1) CREDIT CARD DEBT

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro NC 27410 | 08/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,332.34 | $9,332.34 | $0.00 | $0.00 | $0.00 | $9,332.34 |
| 7 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro NC 27410 | 08/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,967.76 | $4,967.76 | $0.00 | $0.00 | $0.00 | $4,967.76 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 08/28/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,361.59 | $10,361.59 | $0.00 | $0.00 | $0.00 | $10,361.59 |
| 9 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 09/04/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,727.04 | $2,727.04 | $0.00 | $0.00 | $0.00 | $2,727.04 |

| Case No.: | 12-04101-DC | | | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | | | | | | Date: | 2/3/2014 |
| Claims Bar Date: | 11/02/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CAPITAL ONE, N.A.<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 10/22/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $255.08 | $255.08 | $0.00 | $0.00 | $0.00 | $255.08 |
| **Claim Notes:** | (10-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 11 | CITIBANK, N.A.<br><br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City OK 73124-8840 | 11/01/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,258.24 | $8,258.24 | $0.00 | $0.00 | $0.00 | $8,258.24 |
| | | | | | | $51,544.60 | $51,544.60 | $0.00 | $0.00 | $0.00 | $51,544.60 |

## CLAIM ANALYSIS REPORT

| Case No. | 12-04101-DC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | GOMEZ, RAFAEL AND GOMEZ, MARY ANN | Date: | 2/3/2014 |
| Claims Bar Date: | 11/02/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Accountant for Trustee Fees (Other Firm) | $1,962.00 | $1,962.00 | $0.00 | $0.00 | $0.00 | $1,962.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $220.14 | $220.14 | $0.00 | $0.00 | $0.00 | $220.14 |
| Attorney for Trustee Fees (Trustee Firm) | $3,149.50 | $3,149.50 | $0.00 | $0.00 | $0.00 | $3,149.50 |
| General Unsecured § 726(a)(2) | $43,964.47 | $43,964.47 | $0.00 | $0.00 | $0.00 | $43,964.47 |
| Trustee Compensation | $2,248.49 | $2,248.49 | $0.00 | $0.00 | $0.00 | $2,248.49 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-04101
Case Name:     RAFAEL GOMEZ
               MARY ANN GOMEZ
Trustee Name:  David E. Grochocinski

Balance on hand:     $11,768.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $11,768.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David E. Grochocinski, Trustee Fees | $2,248.49 | $0.00 | $2,248.49 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,149.50 | $0.00 | $3,149.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $220.14 | $0.00 | $220.14 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,962.00 | $0.00 | $1,962.00 |

Total to be paid for chapter 7 administrative expenses:     $7,580.13
Remaining balance:     $4,188.54

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,188.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                                  | Total to be paid to priority claims: | $0.00     |
|----------------------------------|--------------------------------------|-----------|
|                                  | Remaining balance:                   | $4,188.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,964.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $422.17 | $0.00 | $40.22 |
| 2 | Discover Bank | $4,978.12 | $0.00 | $474.27 |
| 3 | Midland Funding LLC | $199.22 | $0.00 | $18.98 |
| 4 | Midland Funding LLC | $101.46 | $0.00 | $9.67 |
| 5 | American Express Centurion Bank | $2,361.45 | $0.00 | $224.98 |
| 6 | FIA CARD SERVICES, N.A. | $9,332.34 | $0.00 | $889.10 |
| 7 | FIA CARD SERVICES, N.A. | $4,967.76 | $0.00 | $473.28 |
| 8 | PYOD, LLC its successors and assigns as assignee | $10,361.59 | $0.00 | $987.16 |
| 9 | Capital One Bank (USA), N.A. | $2,727.04 | $0.00 | $259.81 |
| 10 | Capital One, N.A. | $255.08 | $0.00 | $24.30 |
| 11 | Citibank, N.A. | $8,258.24 | $0.00 | $786.77 |

|   | Total to be paid to timely general unsecured claims: | $4,188.54 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)