**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-04101 |
| | § | |
| RAFAEL GOMEZ | § | |
| MARY ANN GOMEZ | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 3/28/2014 , in Courtroom 240, Kane County Courthouse, 100 South Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/13/2014          By:  /s/ David E. Grochocinski
                                                Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-04101
§
RAFAEL GOMEZ §
MARY ANN GOMEZ §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $14,984.92
*and approved disbursements of* $3,216.25
*leaving a balance on hand of[1]:* $11,768.67

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $11,768.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,248.49 | $0.00 | $2,248.49 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,149.50 | $0.00 | $3,149.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $220.14 | $0.00 | $220.14 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,962.00 | $0.00 | $1,962.00 |

Total to be paid for chapter 7 administrative expenses: $7,580.13
Remaining balance: $4,188.54

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $4,188.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $4,188.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,964.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $422.17 | $0.00 | $40.22 |
| 2 | Discover Bank | $4,978.12 | $0.00 | $474.27 |
| 3 | Midland Funding LLC | $199.22 | $0.00 | $18.98 |
| 4 | Midland Funding LLC | $101.46 | $0.00 | $9.67 |
| 5 | American Express Centurion Bank | $2,361.45 | $0.00 | $224.98 |
| 6 | FIA CARD SERVICES, N.A. | $9,332.34 | $0.00 | $889.10 |
| 7 | FIA CARD SERVICES, N.A. | $4,967.76 | $0.00 | $473.28 |
| 8 | PYOD, LLC its successors and assigns as assignee | $10,361.59 | $0.00 | $987.16 |
| 9 | Capital One Bank (USA), N.A. | $2,727.04 | $0.00 | $259.81 |
| 10 | Capital One, N.A. | $255.08 | $0.00 | $24.30 |
| 11 | Citibank, N.A. | $8,258.24 | $0.00 | $786.77 |

Total to be paid to timely general unsecured claims: $4,188.54

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David E. Grochocinski
               Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Rafael Gomez
Mary Ann Gomez
    Debtors

Case No. 12-04101-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 2     Date Rcvd: Feb 18, 2014
                      Form ID: pdf006    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2014.

```
db/jdb         +Rafael Gomez,    Mary Ann Gomez,    237 S Ahrens Court,    Lombard, IL 60148-3029
18853638       +11 Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18446250       +Acs/Goal Financial,    501 Bleecker St,    Utica, NY 13501-2401
19362120        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18446251       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18446252       +Associated Pathology Consultants,    P.O. Box 3680,    Peoria, IL 61612-3680
18446253      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
18446254      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
19401372        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19592057        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18446255       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18446256       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18446257       +Citibankna,    Citibank / One Sto 1000 Technology Dr,    O Fallon, MO 63368-2239
18446259       +Elmhurst Anesthesiologist,    P.O. Box 87916,    Carol Stream, IL 60188-7916
18446260       +Elmhurst Memorial,    Dept 4585,    Carol Stream, IL 60122-0001
18446261       +Elmhurst Memorial Hospital,    P.O. Box 4052,    Carol Stream, IL 60197-4052
18446262       +Elmhurst Radiologists, SC,    P.O. Box 1035,    Joliet, IL 60434-1035
19365809        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18446263       +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
18446266        Hm Dept,    Po Box 6497,    Sioux Falls, SD 57117-6497
18853641        IRS,    220 Dearborn,    Chicago, IL 60604
19927518        Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                 Miami, FL 33131-1605
18446269       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18853636       +TCF Bank,    919 Estes CT,    Schaumburg, IL 60193-4427
18853639       +TCF Bank,    633 W Wisconin Ave,    Milwaukee, WI 53203-1918
18446271      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
18853640        Wellivston Radio,    Srouk Falls 57117
18446270        Wells Fargo,    Credit Bureau Disp Po Box 14517,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19647312        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2014 02:52:55      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
19290135        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2014 02:53:26      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18446258       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2014 02:53:26      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19305786        E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:57:05      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18446264       +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:02      Gecrb/Gapdc,    Po Box 965005,
                 Orlando, FL 32896-5005
18446265       +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:02      Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
18446267       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 19 2014 02:43:31      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18446268       +E-mail/Text: bankrup@aglresources.com Feb 19 2014 02:43:07      Nicor Gas,    1844 Ferry Road,
                 Naperville, IL 60563-9600
19372485       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2014 02:54:36
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
19927519        E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:53:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Grochocinski, Grochocinski & Lloyd, Ltd
18853637        IL Masonic,    2250 E. Devon Ave,    Ste 352
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: froman              Page 2 of 2          Date Rcvd: Feb 18, 2014
                              Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2014 at the address(es) listed below:
          Ariane   Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          Caroline M. Hernandez    on behalf of Joint Debtor Mary Ann Gomez carolinehdz@yahoo.com
          Caroline M. Hernandez    on behalf of Debtor Rafael  Gomez carolinehdz@yahoo.com
          David E Grochocinski    on behalf of Accountant   Scott, Horewitch, Pidgeon & Abrams, LLC
           dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 7
```