UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RAFAEL GOMEZ § Case No. 12-04101
MARY GOMEZ §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DAVID R. BROWN_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| 2300 MAITLAND CENTER PARKWAY SUITE 201 MAITLAND, FL  32751 | | | | | |
| FIRST AMERICAN TITLE INS CO | | | | | |
| FIRST AMERICAN TITLE INS CO | | | | | |
| US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | | | | | |
| PC INNOVALAW | | | | | |
| PC INNOVALAW | | | | | |
| L SCOTT HOREWITCH PIDGEON & ABRAMS | | | | | |
| FIRST AMERICAN TITLE INS CO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/Goal Financial 501 Bleecker St Utica, NY 13501 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Pathology Consultants P.O. Box 3680 Peoria, IL 61612 | | | | | |
| | Associated Pathology Consultants P.O. Box 3680 Peoria, IL 61612 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibankna Citibank / One Sto 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Elmhurst Anesthesiologist P.O. Box 87916 Carol Stream, IL 60188 | | | | | |
| | Elmhurst Memorial Dept 4585 Carol Stream, IL 60122 | | | | | |
| | Elmhurst Memorial Hospital P.O. Box 4052 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Memorial Hospital P.O. Box 4052 Carol Stream, IL 60197 | | | | | |
| | Elmhurst Memorial Hospital P.O. Box 4052 Carol Stream, IL 60197 | | | | | |
| | Elmhurst Memorial Hospital P.O. Box 4052 Carol Stream, IL 60197 | | | | | |
| | Elmhurst Radiologists, SC P.O. Box 1035 Joliet, IL 60433 | | | | | |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | | | | |
| | Gecrb/Gapdc Po Box 965005 Orlando, FL 32896 | | | | | |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Hm Dept Po Box 6497 Sioux Falls, SD 57117-6497 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 |  |  |  |  |  |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  |  |  |  |  |
|  | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Wells Fargo Credit Bureau Disp Po Box 14517 Des Moines, IA 50306 |  |  |  |  |  |
| 5 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 2 | DISCOVER BANK |  |  |  |  |  |
| 1 | DISCOVER BANK |  |  |  |  |  |
| 4 | MIDLAND FUNDING LLC |  |  |  |  |  |
| 3 | MIDLAND FUNDING LLC |  |  |  |  |  |
| 10 | N. A. CAPITAL ONE |  |  |  |  |  |
| 9 | N. A. CAPITAL ONE BANK (USA) |  |  |  |  |  |
| 11 | N. A. CITIBANK |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | N. A. FIA CARD SERVICES | | | | | |
| 7 | N. A. FIA CARD SERVICES | | | | | |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-04101 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | RAFAEL GOMEZ | | | | Date Filed (f) or Converted (c): | 02/06/2012 (f) |
| | MARY GOMEZ | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 09/19/2014 | | | | Claims Bar Date: | 11/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home-Personal Residence 237 S Ahrens Court Lombard, IL 60148 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. West Suburban Checking Account Lombard, IL | 120.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account Lombard, IL | 300.00 | 0.00 | | 0.00 | FA |
| 4. Two Couches, one desk, 6 chairs, 2 tables, 5 lamps, 4 televisions, 3 radios, 1 Dvd player, 4 beds, 1 rocking chair, 1 dresser, 4 chests of drawers, 1 mirror, 2 desktop computers, dishes, 1 microwave, 2 refridgerators, 1 deep freezer, washer and dryer, stove, 1 sewing maching, 1 vacuum cleaner, 1 iron, 1 camera, 1 lawn mower | 1,600.00 | 0.00 | | 0.00 | FA |
| 5. Adventist HealthCare Retirement Plan Mary Ann Gomez | 1,873.24 | 0.00 | | 0.00 | FA |
| 6. Edward Jones Mary Ann Gomez Account Number 211-95438-1-3 | 5,254.11 | 0.00 | | 0.00 | FA |
| 7. Edward Jones IRA Rafael Gomez & Mary Ann Gomez Account 211-12539-1-6 | 6,477.89 | 0.00 | | 0.00 | FA |
| 8. Anticipated 2011 Tax Refund | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 1978 Chevy Camaro Mileage 160,000 This vehicle does not run, it needs $5,700 worth of work in order to be operable. He owns this with his brother. | 750.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Dodge Grand Caravan Mileage 87,000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Pontiac Grand Prix 4D Sedan GTP Mileage 108,416 | 4,000.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Kawasaki 800 Vulcan Mileage 20,000 | 1,400.00 | 0.00 | | 0.00 | FA |
| 13. 1995 Kawasaki 1500 Vulcan Mileage 20,000 Motorcycle is not operable | 500.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-04101 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
| Case Name: | RAFAEL GOMEZ | | | | Date Filed (f) or Converted (c): | 02/06/2012 (f) |
| | MARY GOMEZ | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 09/19/2014 | | | | Claims Bar Date: | 11/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Disney Vacation Beach Club Time share value | 0.00 | 7,000.00 | | 9,500.00 | FA |
| unknown Debtor listed in November 2011, with Fidelity Real Estate No sales, inquiry or offers to date 2966 Commerce Park Drive Orlando, FL 32819 1-800-579-1455 | | | | | |
| 15. Disney Vacations Saratoga Time share value | 0.00 | 9,000.00 | | 5,484.92 | FA |
| unknown Debtor listed in November 2011 no sales, inquiries or offer with Fidelity Real Estate 2966 Commerce Park Drive Orlando, FL 32819 1-800-579-1455 | | | | | |
| 16. Single Family Home-Personal Residence 237 S Ahrens Court Lom | 250,000.00 | 0.00 | | 0.00 | FA |
| 17. West Suburban Checking Account Lombard, Il | 120.00 | 0.00 | | 0.00 | FA |
| 18. Chase Checking Account Lombard, Il | 300.00 | 0.00 | | 0.00 | FA |
| 19. Two Couches, One Desk, 6 Chairs, 2 Tables, 5 Lamps, 4 Televi | 1,600.00 | 0.00 | | 0.00 | FA |
| 20. Adventist Healthcare Retirement Plan Mary Ann Gomez | 1,873.24 | 0.00 | | 0.00 | FA |
| 21. Edward Jones Mary Ann Gomez Account Number 211-95438-1-3 | 5,254.11 | 0.00 | | 0.00 | FA |
| 22. Edward Jones Ira Rafael Gomez & Mary Ann Gomez Account 211-1 | 6,477.89 | 0.00 | | 0.00 | FA |
| 23. Anticipated 2011 Tax Refund | 1,500.00 | 0.00 | | 0.00 | FA |
| 24. 1978 Chevy Camaro Mileage 160,000 This Vehicle Does Not Run, | 750.00 | 0.00 | | 0.00 | FA |
| 25. 2005 Dodge Grand Caravan Mileage 87,000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 26. 2005 Pontiac Grand Prix 4D Sedan Gtp Mileage 108,416 | 4,000.00 | 0.00 | | 0.00 | FA |
| 27. 2003 Kawasaki 800 Vulcan Mileage 20,000 | 1,400.00 | 0.00 | | 0.00 | FA |
| 28. 1995 Kawasaki 1500 Vulcan Mileage 20,000 Motorcycle Is Not O | 500.00 | 0.00 | | 0.00 | FA |
| 29. Disney Vacation Beach Club Time Share Value Unknown Debtor L | 0.00 | 0.00 | | 0.00 | FA |
| 30. Disney Vacations Saratoga Time Share Value Unknown Debtor Li | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

|  | | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $551,550.48 | $16,000.00 | $14,984.92   $0.00 |
| | | | Exhibit 8 |
| | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2014        Current Projected Date of Final Report (TFR): 06/30/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-04101  
Case Name: RAFAEL GOMEZ  
MARY GOMEZ  
Taxpayer ID No: XX-XXX1115  
For Period Ending: 09/19/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: GREEN BANK  
Account Number/CD#: XXXXXX0101  
Checking Account  
Blanket Bond (per case limit):  
Separate Bond (if applicable): $0.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/22/13 | | FIRST AMERICAN TITLE INS CO 2300 MAITLAND CENTER PKWYSUITE 201MAITLAND, FL 32751 | SALE OF DISNEY TIMESHARE | | $6,391.03 | | $6,391.03 |
| | | | Gross Receipts  $9,500.00 | | | | |
| | | | ($2,121.97) | 2500-000 | | | |
| | | | ($37.00) | 2500-000 | | | |
| | | | ($950.00) | 3510-000 | | | |
| | 14 | | Disney Vacation Beach Club  $9,500.00 Time share value | 1110-000 | | | |
| 05/23/13 | | FIRST AMERICAN TITLE INS CO 2300 MAITLAND CENTER PARKWAYSUITE 201MAITLAND, FL 32751 | REFUND OF RECORDATION FEES | 2500-000 | | ($28.50) | $6,419.53 |
| 05/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $10.99 | $6,408.54 |
| 06/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $9.34 | $6,399.20 |
| 07/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $10.32 | $6,388.88 |
| 08/30/13 | 15 | Disney Worldwide Services, Inc. 1390 Celebration Blvd.Celebration, FL 34747 | Sale of Disney Time Share Settlement statement contract #6004245.001 | 1110-000 | $5,484.92 | | $11,873.80 |
| 08/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $10.97 | $11,862.83 |
| 09/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $17.29 | $11,845.54 |
| | | | Page Subtotals: | | $11,875.95 | $30.41 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-04101 | Trustee Name: | DAVID R. BROWN | Exhibit 9 |
| --- | --- | --- | --- | --- |
| Case Name: | RAFAEL GOMEZ | Bank Name: | GREEN BANK | |
| | MARY GOMEZ | Account Number/CD#: | XXXXXX0101 | |
| | | | Checking Account | |
| Taxpayer ID No: | XX-XXX1115 | Blanket Bond (per case limit): | | |
| For Period Ending: | 09/19/2014 | Separate Bond (if applicable): | $0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $19.11 | $11,826.43 |
| 11/29/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $19.08 | $11,807.35 |
| 12/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $18.43 | $11,788.92 |
| 01/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $20.25 | $11,768.67 |
| 04/01/14 | 3008 | Midland Funding LLC<br>By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Distribution on Claim #: 4; | 7100-000 | | $9.67 | $11,759.00 |
| 04/01/14 | 3007 | Midland Funding LLC<br>By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Distribution on Claim #: 3; | 7100-000 | | $18.98 | $11,740.02 |
| 04/01/14 | 3014 | Capital One, N.A.<br>c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Distribution on Claim #: 10; | 7100-000 | | $24.30 | $11,715.72 |
| 04/01/14 | 3005 | Discover Bank<br>DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Distribution on Claim #: 1; | 7100-000 | | $40.22 | $11,675.50 |
| 04/01/14 | 3003 | InnovaLaw, PC<br>1900 Ravinia Palce Orland Park, IL 60462 | Distribution on Claim #: ; | 3120-000 | | $220.14 | $11,455.36 |
| 04/01/14 | 3009 | American Express Centurion Bank<br>c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Distribution on Claim #: 5; | 7100-000 | | $224.98 | $11,230.38 |
| 04/01/14 | 3013 | Capital One Bank (USA), N.A.<br>PO Box 71083 Charlotte, NC 28272-1083 | Distribution on Claim #: 9; | 7100-000 | | $259.81 | $10,970.57 |
| 04/01/14 | 3011 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Distribution on Claim #: 7; | 7100-000 | | $473.28 | $10,497.29 |

Page Subtotals: $0.00  $1,348.25

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-04101 | Trustee Name: DAVID R. BROWN |
| Case Name: RAFAEL GOMEZ | Bank Name: GREEN BANK |
| MARY GOMEZ | Account Number/CD#: XXXXXX0101 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1115 | Blanket Bond (per case limit): |
| For Period Ending: 09/19/2014 | Separate Bond (if applicable): $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/14 | 3006 | Discover Bank<br>DB Servicing CorporationPO Box 3025New Albany, OH  43054-3025 | Distribution on Claim #: 2; | 7100-000 | | $474.27 | $10,023.02 |
| 04/01/14 | 3015 | Citibank, N.A.<br>c/o American InfoSource LPPO Box 248840Oklahoma City, OK  73124-8840 | Distribution on Claim #: 11; | 7100-000 | | $786.77 | $9,236.25 |
| 04/01/14 | 3010 | FIA CARD SERVICES, N.A.<br>4161 Piedmont ParkwayNC4 105 03 14Greensboro, NC  27410 | Distribution on Claim #: 6; | 7100-000 | | $889.10 | $8,347.15 |
| 04/01/14 | 3012 | PYOD, LLC its successors and assign of CitibankResurgent Capital ServicesPO Box 19008Greenville, SC  29602 | Distribution on Claim #: 8; | 7100-000 | | $987.16 | $7,359.99 |
| 04/01/14 | 3004 | Scott Horewitch Pidgeon & Abrams, L 2150 E Lake Cook RoadSuite 560Buffalo Grove, IL  60089 | Distribution on Claim #: ; | 3410-000 | | $1,962.00 | $5,397.99 |
| 04/01/14 | 3001 | David E. Grochocinski<br>1900 Ravinia PlaceOrland Park, IL  60462 | Trustee Compensation | 2100-000 | | $2,248.49 | $3,149.50 |
| 04/01/14 | 3002 | InnovaLaw, PC<br>1900 Ravinia PalceOrland Park, IL  60462 | Distribution on Claim #: ; | 3110-000 | | $3,149.50 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $11,875.95 | $11,875.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,875.95 | $11,875.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,875.95 | $11,875.95 |

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*  Page Subtotals:  $0.00   $10,497.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-04101 | Trustee Name: | DAVID R. BROWN |
| Case Name: | RAFAEL GOMEZ | Bank Name: | The Bank of New York Mellon |
| | MARY GOMEZ | Account Number/CD#: | XXXXXX7610 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1115 | Blanket Bond (per case limit): | |
| For Period Ending: | 09/19/2014 | Separate Bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0101 - Checking Account | $11,875.95 | $11,875.95 | $0.00 |
| XXXXXX7610 - Checking | $0.00 | $0.00 | $0.00 |
|  | $11,875.95 | $11,875.95 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $3,108.97 |
|---|---|
| Total Net Deposits: | $11,875.95 |
| Total Gross Receipts: | $14,984.92 |